IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOLLY MALONE'S LLC, et al. <br><br> Defendants. | Civil Action No. 1:19-CV-03479 (JEB) |

**EMERGENCY MOTION TO EXTEND DEFENDANT
WILLIAM NIMMO'S TIME TO RESPOND TO THE COMPLAINT**

Defendant William Nimmo, by and through undersigned counsel, respectfully requests this Honorable Court extend the date for him to respond to Plaintiff Joe Hand Promotions, Inc.'s complaint by twenty days, from July 30, 2020 to August 19, 2020. Because a regular briefing schedule will run past the current due date, Mr. Nimmo respectfully requests the Court order expedited briefing on this Motion.

In support of his Motion, Mr. Nimmo states the following:

1. Mr. Nimmo was served with the Complaint on July 9, 2020. He forwarded it promptly to undersigned counsel.

2. Counsel needs additional time for the following reasons. Mr. Oster's wife is currently hospitalized in the Baltimore area and is not expected to be discharged for at least another two weeks. Mr. Oster also has a brief due on Monday, July 21st and an appellate brief due on Wednesday, July 29, 2020.

3. Mr. Gremminger is primarily a tax attorney and has numerous IRS submissions due for clients on or before July 30, 2020.

4. Mr. Gremminger also represents three other named Defendants: Greg Cotter, Michael Cheung, and Edward Cheung. To the knowledge of counsel, these defendants have not yet been served. Together with Mr. Nimmo, these three defendants share the same legal and factual defenses to the Complaint. If they are served in a timely manner, judicial economy favors all four defendants joining in one motion to dismiss.

5. Pursuant to LCvR 7(m), undersigned counsel contacted counsel for the Plaintiff and requested Plaintiff's consent to the within Motion. Plaintiff opposes this Motion.

6. Counsel needs the additional time to discharge their respective duties to their clients and to this Court.

**WHEREFORE**, Mr. Nimmo respectfully requests his time to respond to the Complaint be extended to and including **August 19, 2020**, and that the Court order expedited briefing on this matter. A proposed form of order is attached hereto.

July 17, 2020                                                                 Respectfully submitted,

**/s/ Steven Gremminger**
Steven Gremminger (DC 353821)
Steven M. Oster (DC 376030)
GREMMINGER LAW FIRM
5335 Wisconsin Ave., N.W., Ste. 440
Washington, D.C. 20015
(202) 885-5526
steve@gremmingerlawfirm.com
steveno@gremmingerlawfirm.com

*Attorneys for Defendant William Nimmo*

## **CERTIFICATE OF SERVICE**

I certify that I filed the attached Emergency Motion for Extension of Time using the Court's CM/ECF system and thereby served counsel of record in this action.

July 17, 2020                                              ***/s/ Steven Gremminger***
                                                                    Steven Gremminter